JOHN F. CARROLL v. THE CITY OF NEW YORK.— Preference granted for November 10, 1925. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE CITY OF NEW YORK v. SECURITIES INVESTING FUND, INC.— Preference granted for November 6, 1925. Present — Clarke, P. J., Dowling, Finch, McAvoy, and Martin, JJ.

NICHOLAS KUSHNIK v. THE CITY OF NEW YORK.— Preference granted for November 10, 1925. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THOMAS H. SYMINGTON v. IDA MAY SYMINGTON.— Motion for preference denied. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

RHINELANDER REAL ESTATE COMPANY v. MATTIE CAMMEYER, Individually and as Executrix, etc.— Motion for preference denied. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

NICK ALLEN v. SAMUEL G. LOCKWOOD.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of SARAH A. DELMAR, Deceased.— Preference granted for November 11, 1925. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. HOWARD RICHARDSON.— Preference granted for November 10, 1925. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of SIGMUND L. BENDIT, Deceased.— Preference granted for November 6, 1925. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

AUSTIN J. HARE and Others v. HUNTER MANUFACTURING AND COMMISSION COMPANY and Others.— Motion denied, with ten dollars costs, but with leave to answer as stated in order. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

BENNO LEVISON and Others v. JOHN A. HASTINGS, Impleaded, etc.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

NEW YORK STATE INVESTING COMPANY v. CHARLES BRADY, as Superintendent, etc., and Others.— Motion granted on condition that appellant procure said appeal to be argued or submitted on November 13, 1925. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JEANNETTE T. ALDRICH, Appellant, v. SHERWOOD ALDRICH, Respondent.— Order affirmed. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

SEBASTIAN S. KRESGE, Respondent, v. WILLIAM E. HUTTON and Others, Composing the Partnership, etc., Appellants.— Order so far as appealed from affirmed, with ten dollars costs and disbursements, with leave to defendants to answer within ten days upon payment of said costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.